# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                            ) | CRIMINAL NO. 2:06-CR-21-DBH |
| ) | CIVIL NO. 2:15-CV-391-DBH |
| MARKUS BROOKS,         ) | |
| ) | |
| DEFENDANT/PETITIONER ) | |

## ORDER ON DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

The defendant/petitioner has filed a motion under 28 U.S.C. § 2255 arguing that his Armed Career Criminal sentence of 15 years must be corrected in light of the Supreme Court decision in Johnson v. United States, 135 S. Ct. 2551 (2015), holding the residuary clause portion of that statute void for vagueness. The government has filed a response in which it recognizes that Johnson should be applied retroactively, that one of his three predicate convictions was counted under the residuary clause, and that without that conviction the defendant/petitioner is not an Armed Career Criminal. If he is not an Armed Career Criminal, then the statutory maximum sentence is ten years. 18 U.S.C. § 924(a)(2).

Accordingly I **GRANT** the motion under 28 U.S.C. § 2255 and **ORDER** that the sentence be corrected to ten (10) years.

**SO ORDERED.**

**DATED THIS 5TH DAY OF OCTOBER, 2015**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**